IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MOSES ROBINSON,** ) | |
| **AIS# 206225,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **1:17-CV-75-TFM-MU** |
| **JEFFERSON DUNN, et al.,** ) | |
| ) | |
| Defendant. ) | |

**SUGGESTION OF DEATH/MOTION TO STAY**

**COMES NOW** the served defendants who have filed a responsive pleading, and herby moves the Court to STAY the proceedings and deadlines and, for grounds, state as follows:

- Another inmate killed Inmate Robinson on December 31, 2019. *See* https://www.al.com/news/2020/01/alabama-prison-system-confirms-another-inmate-homicide.html

**RELIEF REQUESTED**

WHEREFORE PREMISES CONSIDERED undersigned counsel moves this Honorable Court to STAY further proceedings in this matter.

Respectfully submitted,

STEVE MARSHALL (MAR-083)
ATTORNEY GENERAL

By:


/s/*Bettie J. Carmack*
Bettie J. Carmack (CAR-132)
*Assistant Attorney General*
Attorney for Defendants Edwards and Tunstall
*Civil Litigation Division*
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 353-5305
bcarmack@ago.state.al.us


**CERTIFICATE OF SERVICE**

I hereby certify that I have on this January 8, 2020, electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I further certify that I have NOT mailed a copy of the foregoing to the following non-CM/ECF participants:

**Moses Robinson, AIS# 206225
Holman Correctional Facility
Holman 3700
Atmore, AL 36503**


/s/*Bettie J. Carmack*
Bettie J. Carmack
*Assistant Attorney General*

2